IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:21-CV-00059

| | |
|---|---|
| Rachel Howald,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Ben Lippen School, an assumed business name for Columbia International University (formerly known as Columbia Bible College), and Pamela Kaye Herrington,<br><br>　　　　Defendants. | **MOTION TO DISMISS** |

　　Defendant Ben Lippen School, an assumed business name for Columbia International University (formerly known as Columbia Bible College), (hereinafter "BLS"), by and through its undersigned attorneys and pursuant to Rules 12(b)(2), 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure, moves this Court for an Order dismissing the Complaint against it for lack of personal jurisdiction, for insufficient process and for insufficient service of process. The grounds Plaintiff Cooper has never been served with a signed Summons or filed Complaint in this matter as required by Rule 4 of the North Carolina Rules of Civil Procedure.

　　This Motion shall be supported by the served unsigned Summons and Complaint, and the memorandum of law and exhibits filed herewith.

February 26, 2021

s/Hannah D. Stetson
Hannah D. Stetson, NC Bar No. 44826
Turner Padget Graham & Laney P.A.
Post Office Box 1473
Columbia, South Carolina 29202
(803) 254-2200 (Telephone)
(803) 799-3957 (Facsimile)
hstetson@turnerpadget.com
**ATTORNEYS FOR DEFENDANT**
**BEN LIPPEN SCHOOL, AN ASSUMED**
**BUSINESS NAME FOR COLUMBIA**
**INTERNATIONAL UNIVERSITY**
**(FORMERLY KNOWN AS COLUMBIA**
**BIBLE COLLEGE)**

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the **MOTION TO DISMISS** was duly served upon counsel for the Plaintiff in accordance with the provisions of Rule 5 of the North Carolina Rules of Civil Procedure by deposition a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

Jonathan S. Shbeeb, Esquire
John B. Riordan, Esquire
Fidelity Law Group, PLLC
8511 Davis Lake Parkway, Suite C6-138
Charlotte, NC 28269
Telephone: 704-285-8111

Basyle Tchividjian, Esquire
Landis Graham French
145 E. Rich Avenue, Suite C
Deland, FL 32724
Telephone: 386-734-3451
*Appearing Pro Hac Vice - Motion Pending*

Peter Janci, Esquire
Crewjanci, LLP
1200 NW Naito Parkway, Suite 500,
Portland, Oregon 97209
*Appearing Pro Hac Vice - Motion Pending*

This the 26th day of February, 2021.

                                                s/Hannah D. Stetson
                                                Hannah D. Stetson, NC Bar No. 44826
                                                Turner Padget Graham & Laney P.A.
                                                Post Office Box 1473
                                                Columbia, South Carolina 29202
                                                (803) 254-2200 (Telephone)
                                                (803) 799-3957 (Facsimile)
                                                hstetson@turnerpadget.com
                                                **ATTORNEYS FOR DEFENDANT**