IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00059-MR-WCM

| RACHEL HOWALD | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BEN LIPPEN SCHOOL, *an assumed business name for other* Columbia International University *formerly known as* Columbia Bible College and PAMELA KAYE HERRINGTON | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by John B. Riordan. The Motion indicates that Mr. Riordan, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Peter Janci, who the Motion represents as being a member in good standing of the Bar of the State of Oregon. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Peter Janci to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 9, 2021

W. Carleton Metcalf
United States Magistrate Judge