IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00059-MR-WCM

| | | |
|---|---|---|
| RACHEL HOWALD | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BEN LIPPEN SCHOOL, *an assumed business name for other* Columbia International University *formerly known as* Columbia Bible College and PAMELA KAYE HERRINGTON | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 25) filed by Hannah Stetson. The Motion indicates that Ms. Stetson, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of Richard S. Dukes, Jr., who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 25) and **ADMITS** Richard S. Dukes, Jr. to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 25, 2021

W. Carleton Metcalf
United States Magistrate Judge