IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-0059-MR-WCM

RACHEL HOWALD, )
)
      Plaintiff, )
)
v. )
)     ORDER
)
BEN LIPPEN SCHOOL, an Assumed )
Business Name For Columbia )
International University (Formerly )
Known As Columbia Bible College), and )
PAMELA KAYE HERRINGTON, )
)
)
      Defendants. )
)

Before the court is a "Joint Motion for Extension of Time of Certain Dates in the 10/12/21 Pretrial Order and Case Management Plan" (the "Motion," Doc. 46), by which the parties request that the deadline to complete discovery and the deadline to file motions each be extended by approximately thirty days.

The current deadlines and proposed deadlines are:

|  | Current | Proposed |
|---|---|---|
| Discovery: | 7/8/2022 | 8/8/2022 |
| Mediation: | 7/26/2022 | unchanged |
| Motions: | 8/9/2022 | 9/9/2022 |

The parties state that the requested extensions are justified due to numerous depositions that still need to be taken.

1

It appearing, based on the representations in the Motion, that the parties have a legitimate need for additional time to complete pre-trial preparations and that such additional time can be provided while also preserving the existing trial setting, the Motion will be allowed, and the deadlines to complete court enforceable discovery and file motions, if any, will be extended.

However, the parties are advised that they should plan to complete the briefing of any dispositive motions within the timeframes set by the Local Rules and without the extension of the response/reply deadlines.

**IT IS THEREFORE ORDERED THAT**:

1. The "Joint Motion for Extension of Time of Certain Dates in the 10/12/21 Pretrial Order and Case Management Plan" (Doc. 46) is **GRANTED**, and the following deadlines are **EXTENDED**:

    a. Discovery through and including **August 8, 2022**; and

    b. Motions through and including **September 9, 2022**.

2. All other provisions of the Pretrial Order and Case Management Plan (Doc. 35), including the January 9, 2023 trial setting, remain in effect.

Signed: June 1, 2022

W. Carleton Metcalf
United States Magistrate Judge