IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 1:21-cv-59

RACHEL HOWALD,

        Plaintiff,

v.

BEN LIPPEN SCHOOL, et al.,

        Defendants.

## REPORT OF MEDIATOR

I hereby report and certify that on June 29, 2022, the parties and their respective attorneys participated in a mediated settlement conference with the undersigned, the result of which was a settlement of the claims against Ben Lippen School. The parties will be filing a stipulation of dismissal as to those claims.

This 29 day of June, 2022.

s/ Stephen J. Dunn
NC State Bar No. 25796
MILES MEDIATION AND ARBITRATION
6101 Carnegie Boulevard, Suite 450
Charlotte, NC 28209
Telephone: (704) 608-6063
Email: sdunn@milesmediation.com
*Mediator*