# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| RACHEL HOWALD, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00059-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| PAMELA KAYE HERRINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2023 Memorandum of Decision and Order.

February 8, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court